**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6692**

---

O. GARRY OKPALA,

Plaintiff - Appellant,

versus

M. RAY, Warden; M. RICHER; S. COUNTS; R.
GEORGE; S. HOLMAN; R. RODADO; FEDERAL BUREAU
OF PRISONS,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., District
Judge.  (CA-97-134-9-13JC)

---

Submitted:  February 11, 1999        Decided:  February 23, 1999

---

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

O. Garry Okpala, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

O. Garry Okpala appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint.[*] We have reviewed the record and the district court's opinion accepting in part the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Okpala v. Ray, No. CA-97-134-9-13JC (D.S.C. Mar. 13, 1998). We deny Appellant's motion to strike Appellees' brief, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The court properly construed the complaint as one filed pursuant to Bivens v. Six Unknown Named Federal Narcotics Agents, 403 U.S. 388 (1971).